UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED THOMPSON,
4302 F Street, SE
Washington, D.C. 20019,

    Plaintiff,

v.

HICAPS INCORPORATED,
600 North Regional Road
Greensboro, NC 27409,

and

WAYNE MCGEE,
600 North Regional Road
Greensboro, NC 27409,

and

MOTOROLA SOLUTIONS,
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004,

and

JAKE SILVERFARB,
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004,

    Defendants.

Case No. 1:20-cv-3077

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants HICAPS Incorporated ("HICAPS") and Wayne McGee ("McGee") file this Notice of Removal of the action currently pending in the Superior Court of the District of Columbia to the U.S. District Court for the District of Columbia. In support of this Notice of Removal, HICAPS and McGee state:

1.On August 3, 2020, a civil action was commenced in the Superior Court for the District of Columbia entitled *Fred Thompson v. HICAPS Incorporated, Wayne McGee, Motorola Solutions, and Jake Silverfarb,* Case No. 2020 CA 003394.  Pursuant to 28 U.S.C. § 1446(a), copies of all filings in the Superior Court action are attached as <u>Exhibit A</u>.

2.On October 5, 2020, a Complaint was served upon HICAPS and McGee entitled, Superior Court of the District of Columbia Case No. 2020 CA 003394 (the "Complaint"). Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3.This action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action was filed in the Superior Court for the District of Columbia, which is within this Court's district.

4.This Court has original jurisdiction over this action because Count III of the Complaint asserts a putative claim of discrimination in violation of 42 U.S.C. § 1981.  Therefore, the Complaint asserts a claim that arises under the "Constitution, laws, or treaties of the United States" as required by 28 U.S.C. § 1331.

5.This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

6.The Complaint also names Motorola Solutions and Jake Silverfarb as Defendants. On information and belief, Plaintiff has served neither.

7.A copy of this Notice of Removal is being filed with the Clerk of the District of Columbia Superior Court and on Plaintiff as required by 28 U.S.C. § 1446(d).  A copy of the Notice to Superior Court of Filing Notice of Removal is attached hereto as <u>Exhibit B</u>.

8.The required filing fee and an executed civil cover sheet accompany this Notice.

9.  Defendants HICAPS and McGee submit this Notice of Removal without waiving any of their defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

WHEREFORE, Defendants HICAPS Incorporated and Wayne McGee respectfully request that the Clerk note that this action has been removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, and that all proceedings hereafter shall take place in the United States District Court for the District of Columbia.

Dated: October 26, 2020

Respectfully Submitted,

/s/ Ashleigh R. Eames

Ashleigh R. Eames
D.C. Bar No. 1531976
FOX ROTHSCHILD LLP
1030 15th Street, N.W.
Suite 380 East
Washington, D.C. 20005
Phone: (202) 461-3100
Email: aeames@foxrothschild.com
*Counsel for Defendants HICAPS Incorporated and Wayne McGee*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of October 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which will send notice to the following:

> David A. Branch
> Law Offices of David A. Branch &
> Associates, PLLC
> 1828 L Street, NW
> Suite 820
> Washington, D.C. 20036
> Phone: (202) 785-2805
> Email: davidbranch@dbranchlaw.com
> *Counsel for Plaintiff Fred Thompson*

I further certify that on this 26th day of October 2020, a true and correct copy of the foregoing document was sent by first class mail, postage prepaid, to the following:

> Motorola Solutions
> 1455 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> *Defendant*
>
> Jake Silverfarb
> 1455 Pennsylvania Avenue, NW
> Washington, D.C. 20004
> *Defendant*

_____
Ashleigh R. Eames