Filed
D.C. Superior Court
08/03/2020 17:08PM
Clerk of the Court

EXHIBIT A

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **FRED THOMPSON** ) | |
| **4302 F Street, SE** ) | |
| **Washington, DC 20019** ) | |
| ) | |
| *Plaintiff,* ) | **Case No.:** |
| ) | |
| v. ) | |
| ) | |
| **HICAPS INCORPORATED** ) | |
| **600 North Reginal Road** ) | |
| **Greensboro, NC 27409** ) | |
| ) | **Jury Trial Demand** |
| **and** ) | |
| ) | |
| **WAYNE MCGEE** ) | |
| **600 North Reginal Road** ) | |
| **Greensboro, NC 27409** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MOTOROLA SOLUTIONS** ) | |
| **1455 Pennsylvania Avenue, NW** ) | |
| **Washington, DC 20004** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JAKE SILVERFARB** ) | |
| **1455 Pennsylvania Avenue, NW** ) | |
| **Washington, DC 20004** ) | |
| ) | |
| *Defendants.* ) | |

## COMPLAINT

Plaintiff Fred Thompson, by and through his attorneys, files this Complaint against Defendants HICAPS Incorporated ("HICAPS"), Wayne McGee ("Defendant McGee"), Motorola Solutions ("Defendant Motorola"), and Jake Silverfarb ("Defendant Silverfarb") and for his Complaint states as follows.

1

1.      Plaintiff Fred Thompson ("Plaintiff Thompson") seeks relief pursuant to the District of Columbia Human Rights Act ("DCHRA"), the District of Columbia common law, and the Civil Rights Act of 1866 including but not limited to declaratory, injunctive and other equitable relief, compensatory and punitive damages, litigation expenses and reasonable attorneys' fees, based on Defendants' violation of Plaintiff's rights.

## Jurisdiction and Venue

2.      This Court has jurisdiction over the subject matter of this Complaint pursuant to D.C. Code Ann. § 11-921.

3.      Venue is proper in this Court in that the events giving rise to Plaintiff's claims occurred here in the District of Columbia and Defendants may be found here.

## Parties

4.      Plaintiff Thompson is an African American male, a citizen of the United States, a resident of the District of Columbia, and a former employee of HICAPS.

5.      Defendant HICAPS and is construction company and contractor based out of North Carolina and a sub-contractor on a contract with the Washington Metropolitan Area Transit Authority ("WMATA") to provide public safety radio communications.  HICAPS is an employer within the meaning of the District of Columbia Human Rights Act, § 2-1401 *et seq*. Defendant McGee is employed by HICAPS as the Vice President of HICAPS. Defendant Motorola Solutions is the prime contractor on a contract with WMATA to provide public safety radio communications. Defendant Silverfarb is an employee of Motorola Solutions.

## Facts

6.      In 2016, HICAPS began working with Motorola Solutions on a $160 million dollar public safety radio communications project involving 91 stations and 117 miles of track.  HICAPS, in

partnership with Motorola Solutions, provides project management services for above ground and below ground infrastructure, public safety radio subscriber management, QADC management, safety management, scheduling, test plan development and implementation, and design-build construction services.  The project was expected to last six years.

7.     Plaintiff Thompson began employment at HICAPS in February 2019 as a Quality Control Inspector. He is trained as an electrician but as a Quality Control Inspector, Plaintiff Thompson was responsible for reviewing the work of contractors and worked at various locations in Washington, D.C. and Maryland and at the WMATA's Distribution Center in Savage, Maryland on the Distributing Antenna System. The Construction Manager at the Savage, Maryland site was Coke Smith, a Caucasian male. The Safety Inspector at the Savage, Maryland site was James Selmer and the Safety Manager at the site was Jim Green, both Caucasian men.

8.     While employed at HICAPS, Plaintiff Thompson observed that HICAPS was issued multiple Non-Conformance Notices ("NCR"s) by WMATA, and operations were shut down at the Security Operations Control Center ("SOCC") and other centers, normally without any adverse consequences to the HICAPS employees. Plaintiff Thompson recalls that there was an occasion where WMATA demanded that a Caucasian female be removed from a project because of incompetence. Hallie Towson worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.  HICAPS removed the Caucasian female from the project, reassigned her, and then attempted to return her to the WMATA site where she had been removed. Plaintiff Thompson was also subjected to racially discriminatory treatment such as frequently being called by the name of another African American male employee.

9.     Shortly after he was hired, Plaintiff Thompson was informed that HICAPS was understaffed and the Site Supervisor position at the Savage, Maryland location was vacant. Plaintiff Thompson was asked to fill in as the Site Supervisor until a replacement could be hired, and he agreed to do so.  Plaintiff Thompson was the only African American manager at the location.  Plaintiff Thompson worked as the Acting Site Supervisor for a number of months at the Savage, Maryland location.  At the Savage, Maryland location, when major decisions had to be made, the Site Supervisor met with the Foreman and the Safety Inspector and Safety Manager and collaboratively a decision was made.

10.     On August 1, 2019, while Plaintiff Thompson was filling in as the Acting Site Supervisor, it became necessary to make a decision on placement of a propane tank. The propane tank needed to be placed in a wooded area so it could be easily accessed, which would have made it difficult to reach with a crane. A meeting was called with Plaintiff Thompson and the Foreman, the Safety Inspector and Safety Manager for HICAPS, and representatives of Motorola to discuss what action would be taken. After consulting with the Foreman, Brandon Paythers, the Safety Inspector and Safety Manager, and the Construction Manager, a decision was made that a concrete box was needed. Brandon Paythers was the Foreman for oversite of concrete box. The issue was presented to Coke Smith and he advised Plaintiff Thompson to proceed with the job and get it done.  A decision was made that it was not necessary to request and obtain a safety plan, and all individuals in the meeting agreed to proceed in this manner.

11.     Later that day, Tom Hardy, an employee of Parsons, a firm which is WMATA's general engineering consultant with authority to represent WMATA, arrived on the site and shut down the concrete project and issued an order that HICAPS needed to get a safety plan

in place by Monday, August 5, 2019. Shutting down the project was highly embarrassing for HICAPS and Motorola, and there was a fear that WMATA would issue another NCR to HICAPS and/or Motorola or take some other action. Plaintiff Thompson was sent home for the day on August 1, 2019 and was told not to return to work until contacted by HICAPS. To avoid the embarrassment of the shutdown, senior managers at HICAPS consulted with Defendant Jake Silverfarb, the Senior Project Manager for Motorola, and devised a plan to place the blame solely on Plaintiff Thompson and terminate his employment. HICAPS did not undertake any investigation of how a decision was made on the placement of the propane tank

12.    On August 2, 2019, Plaintiff Thompson was called at his home in Washington, D.C. by Defendant Wayne McGee, HICAPS Vice President, and was informed that he was being terminated. Defendant McGee was unable to provide any explanation for the termination. The decision to terminate Plaintiff Thompson was made because Motorola and HICAPS believed they needed to blame someone for the project being shut down and HICAPS did not want to blame any of the Caucasian managers who were involved in the decision. After his termination, Plaintiff Thompson was informed that Defendant Silverfarb called Coke Smith before his termination and said, "Let's get rid of Fred."   Plaintiff Thompson was treated differently than the Caucasian HICAPS employees involved in the decision on where to place the propane tank, including the Construction Manager, the Foreman, and the Safety Inspector and Safety Manager for HICAPS even though they were all in agreement. HICAPS did not undertake any effort to investigate how the decision was made. HICAPS did not follow its own polices of investigating the incident or offering progressive discipline. HICAPS and Motorola made the decision simply because Defendant Silverfarb was biased against Plaintiff

Thompson and perceived that as an African American male, Plaintiff Thompson should be blamed for the issue and terminated to avoid embarrassment to HICAPS and Motorola.

**COUNT I**
**Violation of the District of Columbia Human Rights Act**
**(Race Discrimination)**
***(Thompson v. HICAPS, McGee, Motorola, and Silverfarb)***

13.     Plaintiff realleges and incorporates by reference paragraphs 1 through 12 above as if set forth fully herein.

14.     At all pertinent times, Defendants are employers under the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.* of the District of Columbia Code. Defendants Hood, Motorola and Silverfarb were acting as employers within the meaning of the D.C. Human Rights Act.

15.     The D.C. Human Rights Act prohibits discrimination based on race.

16.     Defendants, in violation of the D.C. Human Rights Act, knowingly and intentionally engaged in unlawful discrimination against Plaintiff Thompson based on his race.  Specifically, Plaintiff Thompson was subjected to discrimination in the terms, conditions and privileges of employment, based on his race. Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female,

Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

17.    Defendants had no legitimate business reason for any such acts.

18.    Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

## COUNT II
### Tortious Interference with Employment Contract/Relationship
### *(Thompson v. Motorola and Silverfarb)*

19.    Plaintiff realleges and incorporates by reference paragraphs 1 through 18 above as if set forth fully herein.

20.    Defendants were aware that Plaintiff Thompson was employed at HICAPS pursuant to an employment contract. As an at-will employee, Plaintiff Thompson had an employment contract with HICAPS.

21.    As the prime contractor on the WMATA contract, Defendant Motorola was in a position to impose demands for personnel actions on HICAPS. Defendant Motorola and Defendant Silverfarb interfered with Plaintiff Thompson's employment contract with Defendant HICAPS when Defendant Silverfarb consulted with senior managers at HICAPS and demanded the termination of Plaintiff Thompson and stated to Coke Smith, "Let's get rid of Fred."  To maintain a good relationship with Motorola and WMATA, HICAPS followed Defendants Silverfarb and Motorola's directive and terminated Plaintiff Thompson's employment.  Defendants are liable for the tortious interference with Plaintiff's employment contract and resulting damages.

## COUNT III
### Violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981
### (Race Discrimination)
### Disparate Treatment

(*Thompson v. HICAPS and Motorola*)

22.    Plaintiff incorporates by reference paragraphs 1 through 21 as if fully stated herein.

23.    The Civil Rights Act of 1866, 42 U.S.C. § 1981, provides that all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts as is enjoyed by white citizens and prohibits an employer from discriminating against any individual with respect to the individual's compensation, terms, conditions, or privileges of employment because of such individual's race, ancestry, or ethnicity, and prohibits retaliation because an employee engages in protected activity.

24.    In violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981, Defendants knowingly and intentionally subjected Plaintiff to disparate treatment based on his race. Specifically, Defendants subjected Plaintiff to disparate treatment based on his race when Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female, Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

25.    Defendants had no legitimate business reason for any such acts.

26.     Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

### Prayer for Relief

WHEREFORE, Plaintiff Thompson prays as follows:

A.     That the Court issue an Order declaring Defendants' actions to be a violation of the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.*, the District of Columbia Common Law Employment Contact/Relationship, and 42 U.S.C. § 1981, and declaring Plaintiff eligible to receive equitable and other relief;

B.     Enter judgment against Defendants;

C.     Issue a permanent injunction prohibiting Defendants from engaging in any discriminatory demotion, discipline and termination, and retaliation;

D.     Order Defendant HICAP to reinstate Plaintiff to employment;

E.     Order Defendants to pay compensatory and punitive damages in an amount no less than $5 million, to be determined at trial;

F     Order Defendants to pay Plaintiff's reasonable attorneys' fees, expert fees, and costs; and

G.     Order Defendants to pay pre-judgment and post-judgment interest as provided by law.

Respectfully submitted,

_____/s/_____

David A. Branch #438764
Law Offices of David A. Branch & Associates, PLLC
1828 L Street, NW, Suite 820
Washington, DC 20036
(202) 785-2805
davidbranch@dbranchlaw.com

**<u>Jury Trial Demand</u>**

Plaintiff demands a jury trial on all claims against Defendants.

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                              Plaintiff
            vs.

HICAPS Incorporated
_____
                              Defendant

Case Number _____

Serve on:
HICAPS Incorporated
600 North Reginal Road
Greensboro, NC 27409

**SUMMONS**

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC
_____
Address
1828 L Street, NW, Suite 820, Washington, DC 20036
_____
(202) 785-2805
_____
Telephone

_Clerk of the Court_

By _____
                              Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                       Super. Ct. Civ. R. 4

 

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

-------------------------------------------------
Demandante

contra

Número de Caso: _____

-------------------------------------------------
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
Subsecretario

_____
Dirección

_____
Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828로 전화하십시오    የተረጓሚ አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                        Plaintiff

vs.

Motorola Solutions
_____
                                        Defendant

**SUMMONS**

Case Number _____

Serve on:
Motorola Solutions
1455 Pennsylvania Avenue, NW
Washington, DC 20004

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC
_____
Address
1828 L Street NW, Suite 820, Washington, DC 20036

(202) 785-2805
_____
Telephone

*Clerk of the Court*

By _____
                                        Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

      IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

      If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

-------------------------------------------------------------
                                        Demandante

        contra

                                                        Número de Caso: _____

-------------------------------------------------------------
                                        Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                *SECRETARIO DEL TRIBUNAL*

-------------------------------------------
Nombre del abogado del Demandante

                                        Por: _____
-------------------------------------------
Dirección                                                   Subsecretario

-------------------------------------------
                                        Fecha _____
Teléfono
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828로 연락하십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff
                    vs.

Wayne McGee                                      Case Number _____
_____
                                    Defendant         Serve on:
                                                      Wayne McGee
                                                      600 North Reginal Road
                        **SUMMONS**                   Greensboro, NC 27409

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch                                         _Clerk of the Court_
_____
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC    By _____
_____
Address                                                      Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805                                      Date _____
_____
Telephone

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.        ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

-----------------------------------------------------------------
Demandante

contra                                                    Número de Caso: _____

-----------------------------------------------------------------
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                               Por: _____
_____                        Subsecretario
Dirección

_____          Fecha _____

_____
Teléfono
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828로 전화주십시오    ይህንን ዶኩመንት በአማርኛ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff
                    vs.

                                                        Case Number _____

Jake Silverfarb
_____
                                    Defendant

                                                        Serve on:
                                                        Jake Silverfarb
                                                        1455 Pennsylvania Avenue, NW
                    **SUMMONS**                         Washington, DC 20004

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC   By _____
Address                                                    Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805                                     Date _____
Telephone
如需翻译,请打电话 (202) 879-4828         Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    ыhá汉àmc汉汉 (202) 879-4828

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

-----------------------------------------------------------------
                                                    Demandante
            contra

                                                    Número de Caso: _____

-----------------------------------------------------------------
                                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                            Por: _____

_____
Dirección                                   Subsecretario

_____

                            Fecha _____
_____
Teléfono
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락하십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Fred Thompson

Case Number: _____

vs

Date: __August 3, 2020__

HICAPS Incorporated, *et al.*

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>David A. Branch<br><br>Firm Name:<br>Law Office of David A. Branch & Associates, PLLC.<br><br>Telephone No.:          Six digit Unified Bar No.:<br>(202) 785-2805            438674 | Relationship to Lawsuit<br><br>☒ Attorney for Plaintiff<br>☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury       ☐ 6 Person Jury       ☒ 12 Person Jury

Demand: $_____       Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**                              COLLECTION CASES

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☒ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent          Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile               ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion               ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process         ☐ 10 Invasion of Privacy            ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection  ☐ 11 Libel and Slander                   Not Malpractice)
☐ 03 Assault and Battery      ☐ 12 Malicious Interference         ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution       ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 14 Malpractice Legal            ☐ 20 Friendly Suit
☐ 06 False Accusation         ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest             ☐ 16 Negligence- (Not Automobile,  ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                         Not Malpractice)              ☐ 23 Tobacco
                                                                 ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____August 3, 2020_____
Date

CV-496/ June 2015

Filed
D.C. Superior Court
08/03/2020 17:08PM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |
|---|---|
| FRED THOMPSON ) | |
| 4302 F Street, SE ) | |
| Washington, DC 20019 ) | |
| ) | |
| *Plaintiff,* ) | Case No.: 2020 CA 003394 B |
| ) | |
| v. ) | |
| ) | |
| HICAPS INCORPORATED ) | |
| 600 North Reginal Road ) | |
| Greensboro, NC 27409 ) | |
| ) | Jury Trial Demand |
| and ) | |
| ) | |
| WAYNE MCGEE ) | |
| 600 North Reginal Road ) | |
| Greensboro, NC 27409 ) | |
| ) | |
| and ) | |
| ) | |
| MOTOROLA SOLUTIONS ) | |
| 1455 Pennsylvania Avenue, NW ) | |
| Washington, DC 20004 ) | |
| ) | |
| and ) | |
| ) | |
| JAKE SILVERFARB ) | |
| 1455 Pennsylvania Avenue, NW ) | |
| Washington, DC 20004 ) | |
| ) | |
| *Defendants.* ) | |

## COMPLAINT

Plaintiff Fred Thompson, by and through his attorneys, files this Complaint against Defendants HICAPS Incorporated ("HICAPS"), Wayne McGee ("Defendant McGee"), Motorola Solutions ("Defendant Motorola"), and Jake Silverfarb ("Defendant Silverfarb") and for his Complaint states as follows.

1

1.      Plaintiff Fred Thompson ("Plaintiff Thompson") seeks relief pursuant to the District of Columbia Human Rights Act ("DCHRA"), the District of Columbia common law, and the Civil Rights Act of 1866 including but not limited to declaratory, injunctive and other equitable relief, compensatory and punitive damages, litigation expenses and reasonable attorneys' fees, based on Defendants' violation of Plaintiff's rights.

## Jurisdiction and Venue

2.      This Court has jurisdiction over the subject matter of this Complaint pursuant to D.C. Code Ann. § 11-921.

3.      Venue is proper in this Court in that the events giving rise to Plaintiff's claims occurred here in the District of Columbia and Defendants may be found here.

## Parties

4.      Plaintiff Thompson is an African American male, a citizen of the United States, a resident of the District of Columbia, and a former employee of HICAPS.

5.      Defendant HICAPS and is construction company and contractor based out of North Carolina and a sub-contractor on a contract with the Washington Metropolitan Area Transit Authority ("WMATA") to provide public safety radio communications.  HICAPS is an employer within the meaning of the District of Columbia Human Rights Act, § 2-1401 *et seq.* Defendant McGee is employed by HICAPS as the Vice President of HICAPS. Defendant Motorola Solutions is the prime contractor on a contract with WMATA to provide public safety radio communications. Defendant Silverfarb is an employee of Motorola Solutions.

## Facts

6.      In 2016, HICAPS began working with Motorola Solutions on a $160 million dollar public safety radio communications project involving 91 stations and 117 miles of track.  HICAPS, in

partnership with Motorola Solutions, provides project management services for above ground and below ground infrastructure, public safety radio subscriber management, QADC management, safety management, scheduling, test plan development and implementation, and design-build construction services.  The project was expected to last six years.

7.      Plaintiff Thompson began employment at HICAPS in February 2019 as a Quality Control Inspector. He is trained as an electrician but as a Quality Control Inspector, Plaintiff Thompson was responsible for reviewing the work of contractors and worked at various locations in Washington, D.C. and Maryland and at the WMATA's Distribution Center in Savage, Maryland on the Distributing Antenna System. The Construction Manager at the Savage, Maryland site was Coke Smith, a Caucasian male. The Safety Inspector at the Savage, Maryland site was James Selmer and the Safety Manager at the site was Jim Green, both Caucasian men.

8.      While employed at HICAPS, Plaintiff Thompson observed that HICAPS was issued multiple Non-Conformance Notices ("NCR"s) by WMATA, and operations were shut down at the Security Operations Control Center ("SOCC") and other centers, normally without any adverse consequences to the HICAPS employees. Plaintiff Thompson recalls that there was an occasion where WMATA demanded that a Caucasian female be removed from a project because of incompetence. Hallie Towson worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.  HICAPS removed the Caucasian female from the project, reassigned her, and then attempted to return her to the WMATA site where she had been removed. Plaintiff Thompson was also subjected to racially discriminatory treatment such as frequently being called by the name of another African American male employee.

9.      Shortly after he was hired, Plaintiff Thompson was informed that HICAPS was understaffed and the Site Supervisor position at the Savage, Maryland location was vacant. Plaintiff Thompson was asked to fill in as the Site Supervisor until a replacement could be hired, and he agreed to do so.  Plaintiff Thompson was the only African American manager at the location.  Plaintiff Thompson worked as the Acting Site Supervisor for a number of months at the Savage, Maryland location.  At the Savage, Maryland location, when major decisions had to be made, the Site Supervisor met with the Foreman and the Safety Inspector and Safety Manager and collaboratively a decision was made.

10.     On August 1, 2019, while Plaintiff Thompson was filling in as the Acting Site Supervisor, it became necessary to make a decision on placement of a propane tank. The propane tank needed to be placed in a wooded area so it could be easily accessed, which would have made it difficult to reach with a crane. A meeting was called with Plaintiff Thompson and the Foreman, the Safety Inspector and Safety Manager for HICAPS, and representatives of Motorola to discuss what action would be taken. After consulting with the Foreman, Brandon Paythers, the Safety Inspector and Safety Manager, and the Construction Manager, a decision was made that a concrete box was needed. Brandon Paythers was the Foreman for oversite of concrete box. The issue was presented to Coke Smith and he advised Plaintiff Thompson to proceed with the job and get it done.  A decision was made that it was not necessary to request and obtain a safety plan, and all individuals in the meeting agreed to proceed in this manner.

11.     Later that day, Tom Hardy, an employee of Parsons, a firm which is WMATA's general engineering consultant with authority to represent WMATA, arrived on the site and shut down the concrete project and issued an order that HICAPS needed to get a safety plan

4

in place by Monday, August 5, 2019. Shutting down the project was highly embarrassing for HICAPS and Motorola, and there was a fear that WMATA would issue another NCR to HICAPS and/or Motorola or take some other action. Plaintiff Thompson was sent home for the day on August 1, 2019 and was told not to return to work until contacted by HICAPS. To avoid the embarrassment of the shutdown, senior managers at HICAPS consulted with Defendant Jake Silverfarb, the Senior Project Manager for Motorola, and devised a plan to place the blame solely on Plaintiff Thompson and terminate his employment. HICAPS did not undertake any investigation of how a decision was made on the placement of the propane tank

12.     On August 2, 2019, Plaintiff Thompson was called at his home in Washington, D.C. by Defendant Wayne McGee, HICAPS Vice President, and was informed that he was being terminated. Defendant McGee was unable to provide any explanation for the termination. The decision to terminate Plaintiff Thompson was made because Motorola and HICAPS believed they needed to blame someone for the project being shut down and HICAPS did not want to blame any of the Caucasian managers who were involved in the decision. After his termination, Plaintiff Thompson was informed that Defendant Silverfarb called Coke Smith before his termination and said, "Let's get rid of Fred."  Plaintiff Thompson was treated differently than the Caucasian HICAPS employees involved in the decision on where to place the propane tank, including the Construction Manager, the Foreman, and the Safety Inspector and Safety Manager for HICAPS even though they were all in agreement. HICAPS did not undertake any effort to investigate how the decision was made. HICAPS did not follow its own polices of investigating the incident or offering progressive discipline. HICAPS and Motorola made the decision simply because Defendant Silverfarb was biased against Plaintiff

Thompson and perceived that as an African American male, Plaintiff Thompson should be blamed for the issue and terminated to avoid embarrassment to HICAPS and Motorola.

<u>COUNT I</u>
**Violation of the District of Columbia Human Rights Act**
**(Race Discrimination)**
***(Thompson v. HICAPS, McGee, Motorola, and Silverfarb)***

13.    Plaintiff realleges and incorporates by reference paragraphs 1 through 12 above as if set forth fully herein.

14.    At all pertinent times, Defendants are employers under the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.* of the District of Columbia Code. Defendants Hood, Motorola and Silverfarb were acting as employers within the meaning of the D.C. Human Rights Act.

15.    The D.C. Human Rights Act prohibits discrimination based on race.

16.    Defendants, in violation of the D.C. Human Rights Act, knowingly and intentionally engaged in unlawful discrimination against Plaintiff Thompson based on his race.  Specifically, Plaintiff Thompson was subjected to discrimination in the terms, conditions and privileges of employment, based on his race. Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female,

Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

17.    Defendants had no legitimate business reason for any such acts.

18.    Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

## COUNT II
### Tortious Interference with Employment Contract/Relationship
#### (Thompson v. Motorola and Silverfarb)

19.    Plaintiff realleges and incorporates by reference paragraphs 1 through 18 above as if set forth fully herein.

20.    Defendants were aware that Plaintiff Thompson was employed at HICAPS pursuant to an employment contract. As an at-will employee, Plaintiff Thompson had an employment contract with HICAPS.

21.    As the prime contractor on the WMATA contract, Defendant Motorola was in a position to impose demands for personnel actions on HICAPS. Defendant Motorola and Defendant Silverfarb interfered with Plaintiff Thompson's employment contract with Defendant HICAPS when Defendant Silverfarb consulted with senior managers at HICAPS and demanded the termination of Plaintiff Thompson and stated to Coke Smith, "Let's get rid of Fred."   To maintain a good relationship with Motorola and WMATA, HICAPS followed Defendants Silverfarb and Motorola's directive and terminated Plaintiff Thompson's employment.  Defendants are liable for the tortious interference with Plaintiff's employment contract and resulting damages.

## COUNT III
### Violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981
### (Race Discrimination)
### Disparate Treatment

(*Thompson v. HICAPS and Motorola*)

22.    Plaintiff incorporates by reference paragraphs 1 through 21 as if fully stated herein.

23.    The Civil Rights Act of 1866, 42 U.S.C. § 1981, provides that all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts as is enjoyed by white citizens and prohibits an employer from discriminating against any individual with respect to the individual's compensation, terms, conditions, or privileges of employment because of such individual's race, ancestry, or ethnicity, and prohibits retaliation because an employee engages in protected activity.

24.    In violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981, Defendants knowingly and intentionally subjected Plaintiff to disparate treatment based on his race. Specifically, Defendants subjected Plaintiff to disparate treatment based on his race when Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female, Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

25.    Defendants had no legitimate business reason for any such acts.

26.     Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

### Prayer for Relief

WHEREFORE, Plaintiff Thompson prays as follows:

A.     That the Court issue an Order declaring Defendants' actions to be a violation of the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.*, the District of Columbia Common Law Employment Contact/Relationship, and 42 U.S.C. § 1981, and declaring Plaintiff eligible to receive equitable and other relief;

B.     Enter judgment against Defendants;

C.     Issue a permanent injunction prohibiting Defendants from engaging in any discriminatory demotion, discipline and termination, and retaliation;

D.     Order Defendant HICAP to reinstate Plaintiff to employment;

E.     Order Defendants to pay compensatory and punitive damages in an amount no less than $5 million, to be determined at trial;

F      Order Defendants to pay Plaintiff's reasonable attorneys' fees, expert fees, and costs; and

G.     Order Defendants to pay pre-judgment and post-judgment interest as provided by law.


Respectfully submitted,

_____/s/_____

David A. Branch #438764
Law Offices of David A. Branch &
Associates, PLLC
1828 L Street, NW, Suite 820
Washington, DC 20036
(202) 785-2805
davidbranch@dbranchlaw.com

9

**<u>Jury Trial Demand</u>**

Plaintiff demands a jury trial on all claims against Defendants.

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff

vs.

                                                    Case Number   2020 CA 003394 B

HICAPS Incorporated
_____
                                    Defendant

                                                    Serve on:
                          **SUMMONS**      HICAPS Incorporated
                                          600 North Reginal Road
                                          Greensboro, NC 27409

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney                          Clerk of the Court

Law Office of David A. Branch & Associates, PLLC
_____      By _____
Address                                                              Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036
_____

(202) 785-2805
_____      Date      08/04/2020
Telephone

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화해 주세요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

-------------------------------------------------------------
Demandante

    contra

Número de Caso: _____

-------------------------------------------------------------
Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                           *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                               Por: _____

_____
Dirección
                                                     Subsecretario

_____
                                       Fecha _____
Teléfono
如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만일 번역을 원하시면 (202)879-4828 로 전화 하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff
                vs.

                                              Case Number    2020 CA 003394 B
                                                            _____

Motorola Solutions                            Serve on:
_____              Motorola Solutions
                                    Defendant  1455 Pennsylvania Avenue, NW
                                              Washington, DC 20004

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch                                              _Clerk of the Court_
_____
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC    By _____
_____                                Deputy Clerk
Address
1828 L Street NW, Suite 820, Washington, DC 20036

(202) 785-2805                                      Date    08/04/2020
_____                          _____
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요    ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                      Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

------------------------------------------------------------
                                    Demandante

        contra

                                                    Número de Caso: _____

------------------------------------------------------------
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____

_____
Dirección                                           Subsecretario

_____
                                    Fecha _____

_____
Teléfono
如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역이 필요하면 (202)879-4828 로 전화해 주십시오.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                              Plaintiff
            vs.                                          Case Number   **2020 CA 003394 B**

Wayne McGee                                         Serve on:
_____        Wayne McGee
                              Defendant            600 North Reginal Road
                                                            Greensboro, NC 27409
                    **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC        By _____
Address                                                                      Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805                                                     Date   **08/04/2020**
Telephone
如需翻译,請打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                    Super. Ct. Civ. R. 4

 

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

---------------------------------------------------------------
Demandante

contra

Número de Caso: _____

---------------------------------------------------------------
Demandado

### CITATORIO

Al susodicho Demandado:

　　Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

　　A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

　　　　　　　　　　　　　　　　　　　　　　　　　　*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

　　　　　　　　　　　　　　Por: _____
_____　　　　　　　　　　　Subsecretario
Dirección

_____
　　　　　　　　　　　　　　Fecha _____
Teléfono

如需翻译，请打电话 (202) 879-4828　　Veuillez appeler au (202) 879-4828 pour une traduction　　Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828 로 연락하십시오　　 የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

　　IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

　　Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

　　　　　　　　　　　　　Vea al dorso el original en inglés
　　　　　　　　　　　　　See reverse side for English original

CV-3110 [Rev. June 2017]　　　　　　　　　　　　　　　　　　　　　　　Super. Ct. Civ. R. 4

Superior Court of the District of Columbia
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff

vs.                                                         Case Number  2020 CA 003394 B

Jake Silverfarb                                       Serve on:
_____        Jake Silverfarb
                                    Defendant         1455 Pennsylvania Avenue, NW
                                                              Washington, DC 20004
                    **SUMMONS**

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney                                      _Clerk of the Court_

Law Office of David A. Branch & Associates, PLLC       By _____
Address                                                                                            Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805
_____                          Date     08/04/2020
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                     Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

---------------------------------------------------------------
                                         Demandante

        contra

                                         Número de Caso: _____

---------------------------------------------------------------
                                         Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____
Dirección                                         Subsecretario

_____

                              Fecha _____
_____
Teléfono
如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
만일 번역을 원하시면 (202)879-4828로 전화 주십시오      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                         Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Fred Thompson

vs

HICAPS Incorporated, *et al.*

Case Number: **2020 CA 003394 B**

Date: August 3, 2020

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br> David A. Branch <br> Firm Name: <br> Law Office of David A. Branch & Associates, PLLC. <br> Telephone No.:                Six digit Unified Bar No.: <br> (202) 785-2805                    438674 | Relationship to Lawsuit <br> ☒ Attorney for Plaintiff <br> ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☒ 12 Person Jury

Demand: $_____              Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge:_____   Calendar #:_____

Case No.:_____   Judge:_____   Calendar#:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**                                    **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☒ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
　　Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
　　Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
　　Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
　　Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
　　Under $25,000 Consent Denied

---

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
　　Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
　　Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting

☐ 02 Att. Before Judgment

☐ 05 Ejectment

☐ 09 Special Writ/Warrants
   (DC Code § 11-941)

☐ 10  Traffic Adjudication

☐ 11 Writ of Replevin

☐ 12 Enforce Mechanics Lien

☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)

☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)

☐ 29 Merit Personnel Act (OHR)

☐ 31 Housing Code Regulations

☐ 32 Qui Tam

☐ 33 Whistleblower

**II.**

☐ 03 Change of Name

☐ 06 Foreign Judgment/Domestic

☐ 08 Foreign Judgment/International

☐ 13 Correction of Birth Certificate

☐ 14 Correction of Marriage
   Certificate

☐ 26 Petition for Civil Asset Forfeiture (Vehicle)

☐ 27 Petition for Civil Asset Forfeiture (Currency)

☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information

☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]

☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]

☐ 22 Release Mechanics Lien

☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)

☐ 24 Petition for Structured Settlement

☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate

☐ 12 Specific Performance

☐ 04 Condemnation (Eminent Domain)

☐ 10 Mortgage Foreclosure/Judicial Sale

☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title

☐ 25 Liens: Tax / Water Consent Granted

☐ 30 Liens: Tax / Water Consent Denied

☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____
August 3, 2020

Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

FRED THOMPSON
   Vs.                                     C.A. No.       2020 CA 003394 B
HICAPS INCORPORATED et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                            Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:  August 4, 2020
Initial Conference: 9:30 am, Friday, November 06, 2020
Location:  Courtroom 219
               500 Indiana Avenue N.W.
               WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief    Judge    Robert    E.    Morin

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| FRED THOMPSON ) | |
| 4302 F Street, SE ) | |
| Washington, DC 20019 ) | |
| ) | |
| *Plaintiff,* ) | **Case No.:** 2020 CA 003394 B |
| ) | |
| v. ) | |
| ) | |
| HICAPS INCORPORATED ) | |
| 600 North Reginal Road ) | |
| Greensboro, NC 27409 ) | |
| ) | **Jury Trial Demand** |
| and ) | |
| ) | |
| WAYNE MCGEE ) | |
| 600 North Reginal Road ) | |
| Greensboro, NC 27409 ) | |
| ) | |
| and ) | |
| ) | |
| MOTOROLA SOLUTIONS ) | |
| 1455 Pennsylvania Avenue, NW ) | |
| Washington, DC 20004 ) | |
| ) | |
| and ) | |
| ) | |
| JAKE SILVERFARB ) | |
| 1455 Pennsylvania Avenue, NW ) | |
| Washington, DC 20004 ) | |
| ) | |
| *Defendants.* ) | |

**COMPLAINT**

Plaintiff Fred Thompson, by and through his attorneys, files this Complaint against Defendants HICAPS Incorporated ("HICAPS"), Wayne McGee ("Defendant McGee"), Motorola Solutions ("Defendant Motorola"), and Jake Silverfarb ("Defendant Silverfarb") and for his Complaint states as follows.

1

1.      Plaintiff Fred Thompson ("Plaintiff Thompson") seeks relief pursuant to the District of Columbia Human Rights Act ("DCHRA"), the District of Columbia common law, and the Civil Rights Act of 1866 including but not limited to declaratory, injunctive and other equitable relief, compensatory and punitive damages, litigation expenses and reasonable attorneys' fees, based on Defendants' violation of Plaintiff's rights.

## Jurisdiction and Venue

2.      This Court has jurisdiction over the subject matter of this Complaint pursuant to D.C. Code Ann. § 11-921.

3.      Venue is proper in this Court in that the events giving rise to Plaintiff's claims occurred here in the District of Columbia and Defendants may be found here.

## Parties

4.      Plaintiff Thompson is an African American male, a citizen of the United States, a resident of the District of Columbia, and a former employee of HICAPS.

5.      Defendant HICAPS and is construction company and contractor based out of North Carolina and a sub-contractor on a contract with the Washington Metropolitan Area Transit Authority ("WMATA") to provide public safety radio communications.  HICAPS is an employer within the meaning of the District of Columbia Human Rights Act, § 2-1401 *et seq*. Defendant McGee is employed by HICAPS as the Vice President of HICAPS. Defendant Motorola Solutions is the prime contractor on a contract with WMATA to provide public safety radio communications. Defendant Silverfarb is an employee of Motorola Solutions.

## Facts

6.      In 2016, HICAPS began working with Motorola Solutions on a $160 million dollar public safety radio communications project involving 91 stations and 117 miles of track.  HICAPS, in

partnership with Motorola Solutions, provides project management services for above ground and below ground infrastructure, public safety radio subscriber management, QADC management, safety management, scheduling, test plan development and implementation, and design-build construction services. The project was expected to last six years.

7. Plaintiff Thompson began employment at HICAPS in February 2019 as a Quality Control Inspector. He is trained as an electrician but as a Quality Control Inspector, Plaintiff Thompson was responsible for reviewing the work of contractors and worked at various locations in Washington, D.C. and Maryland and at the WMATA's Distribution Center in Savage, Maryland on the Distributing Antenna System. The Construction Manager at the Savage, Maryland site was Coke Smith, a Caucasian male. The Safety Inspector at the Savage, Maryland site was James Selmer and the Safety Manager at the site was Jim Green, both Caucasian men.

8. While employed at HICAPS, Plaintiff Thompson observed that HICAPS was issued multiple Non-Conformance Notices ("NCR"s) by WMATA, and operations were shut down at the Security Operations Control Center ("SOCC") and other centers, normally without any adverse consequences to the HICAPS employees. Plaintiff Thompson recalls that there was an occasion where WMATA demanded that a Caucasian female be removed from a project because of incompetence. Hallie Towson worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll. HICAPS removed the Caucasian female from the project, reassigned her, and then attempted to return her to the WMATA site where she had been removed. Plaintiff Thompson was also subjected to racially discriminatory treatment such as frequently being called by the name of another African American male employee.

9.      Shortly after he was hired, Plaintiff Thompson was informed that HICAPS was understaffed and the Site Supervisor position at the Savage, Maryland location was vacant. Plaintiff Thompson was asked to fill in as the Site Supervisor until a replacement could be hired, and he agreed to do so.  Plaintiff Thompson was the only African American manager at the location.  Plaintiff Thompson worked as the Acting Site Supervisor for a number of months at the Savage, Maryland location.  At the Savage, Maryland location, when major decisions had to be made, the Site Supervisor met with the Foreman and the Safety Inspector and Safety Manager and collaboratively a decision was made.

10.     On August 1, 2019, while Plaintiff Thompson was filling in as the Acting Site Supervisor, it became necessary to make a decision on placement of a propane tank. The propane tank needed to be placed in a wooded area so it could be easily accessed, which would have made it difficult to reach with a crane. A meeting was called with Plaintiff Thompson and the Foreman, the Safety Inspector and Safety Manager for HICAPS, and representatives of Motorola to discuss what action would be taken. After consulting with the Foreman, Brandon Paythers, the Safety Inspector and Safety Manager, and the Construction Manager, a decision was made that a concrete box was needed. Brandon Paythers was the Foreman for oversite of concrete box. The issue was presented to Coke Smith and he advised Plaintiff Thompson to proceed with the job and get it done.  A decision was made that it was not necessary to request and obtain a safety plan, and all individuals in the meeting agreed to proceed in this manner.

11.     Later that day, Tom Hardy, an employee of Parsons, a firm which is WMATA's general engineering consultant with authority to represent WMATA, arrived on the site and shut down the concrete project and issued an order that HICAPS needed to get a safety plan

4

in place by Monday, August 5, 2019. Shutting down the project was highly embarrassing for HICAPS and Motorola, and there was a fear that WMATA would issue another NCR to HICAPS and/or Motorola or take some other action. Plaintiff Thompson was sent home for the day on August 1, 2019 and was told not to return to work until contacted by HICAPS. To avoid the embarrassment of the shutdown, senior managers at HICAPS consulted with Defendant Jake Silverfarb, the Senior Project Manager for Motorola, and devised a plan to place the blame solely on Plaintiff Thompson and terminate his employment. HICAPS did not undertake any investigation of how a decision was made on the placement of the propane tank

12. On August 2, 2019, Plaintiff Thompson was called at his home in Washington, D.C. by Defendant Wayne McGee, HICAPS Vice President, and was informed that he was being terminated. Defendant McGee was unable to provide any explanation for the termination. The decision to terminate Plaintiff Thompson was made because Motorola and HICAPS believed they needed to blame someone for the project being shut down and HICAPS did not want to blame any of the Caucasian managers who were involved in the decision. After his termination, Plaintiff Thompson was informed that Defendant Silverfarb called Coke Smith before his termination and said, "Let's get rid of Fred." Plaintiff Thompson was treated differently than the Caucasian HICAPS employees involved in the decision on where to place the propane tank, including the Construction Manager, the Foreman, and the Safety Inspector and Safety Manager for HICAPS even though they were all in agreement. HICAPS did not undertake any effort to investigate how the decision was made. HICAPS did not follow its own polices of investigating the incident or offering progressive discipline. HICAPS and Motorola made the decision simply because Defendant Silverfarb was biased against Plaintiff

Thompson and perceived that as an African American male, Plaintiff Thompson should be blamed for the issue and terminated to avoid embarrassment to HICAPS and Motorola.

**COUNT I**
**Violation of the District of Columbia Human Rights Act**
**(Race Discrimination)**
**(*Thompson v. HICAPS, McGee, Motorola, and Silverfarb*)**

13.    Plaintiff realleges and incorporates by reference paragraphs 1 through 12 above as if set forth fully herein.

14.    At all pertinent times, Defendants are employers under the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.* of the District of Columbia Code. Defendants Hood, Motorola and Silverfarb were acting as employers within the meaning of the D.C. Human Rights Act.

15.    The D.C. Human Rights Act prohibits discrimination based on race.

16.    Defendants, in violation of the D.C. Human Rights Act, knowingly and intentionally engaged in unlawful discrimination against Plaintiff Thompson based on his race.  Specifically, Plaintiff Thompson was subjected to discrimination in the terms, conditions and privileges of employment, based on his race. Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female,

6

Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

17.    Defendants had no legitimate business reason for any such acts.

18.    Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

## COUNT II
### Tortious Interference with Employment Contract/Relationship
### *(Thompson v. Motorola and Silverfarb)*

19.    Plaintiff realleges and incorporates by reference paragraphs 1 through 18 above as if set forth fully herein.

20.    Defendants were aware that Plaintiff Thompson was employed at HICAPS pursuant to an employment contract. As an at-will employee, Plaintiff Thompson had an employment contract with HICAPS.

21.    As the prime contractor on the WMATA contract, Defendant Motorola was in a position to impose demands for personnel actions on HICAPS. Defendant Motorola and Defendant Silverfarb interfered with Plaintiff Thompson's employment contract with Defendant HICAPS when Defendant Silverfarb consulted with senior managers at HICAPS and demanded the termination of Plaintiff Thompson and stated to Coke Smith, "Let's get rid of Fred."   To maintain a good relationship with Motorola and WMATA, HICAPS followed Defendants Silverfarb and Motorola's directive and terminated Plaintiff Thompson's employment.  Defendants are liable for the tortious interference with Plaintiff's employment contract and resulting damages.

## COUNT III
### Violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981
### (Race Discrimination)
### Disparate Treatment

(*Thompson v. HICAPS and Motorola*)

22.    Plaintiff incorporates by reference paragraphs 1 through 21 as if fully stated herein.

23.    The Civil Rights Act of 1866, 42 U.S.C. § 1981, provides that all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts as is enjoyed by white citizens and prohibits an employer from discriminating against any individual with respect to the individual's compensation, terms, conditions, or privileges of employment because of such individual's race, ancestry, or ethnicity, and prohibits retaliation because an employee engages in protected activity.

24.    In violation of the Civil Rights Act of 1866, 42 U.S.C. § 1981, Defendants knowingly and intentionally subjected Plaintiff to disparate treatment based on his race. Specifically, Defendants subjected Plaintiff to disparate treatment based on his race when Plaintiff Thompson, who was asked to accept a position as the Acting Site Supervisor because the project was short staffed, alone was blamed for a collaborative decision on where to place a propane tank and was terminated immediately without any investigation or any attempt to offer any form of progressive discipline, at the request of Defendants Motorola and Silverfarb, while the Caucasian employees who were also involved in the decision were not disciplined in any manner. Plaintiff Thompson was treated differently than employees outside of his protected class when he collaborated with three Caucasian employees, the Construction Manager, Coke Smith, Safety Inspector, James Selmer and the Safety Manager, Jim Green, in making the decision which led to his termination. In addition, a Caucasian female, Hallie Towson, worked as a Construction Manager and was removed from a project by WMATA for performance and she was not terminated and remained on the HICAPS payroll.

25.    Defendants had no legitimate business reason for any such acts.

26.    Plaintiff is informed and believes, and based thereon, alleges that, in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices that are not yet fully known.

## Prayer for Relief

WHEREFORE, Plaintiff Thompson prays as follows:

A.    That the Court issue an Order declaring Defendants' actions to be a violation of the District of Columbia Human Rights Act, D.C. Code Ann. § 2-1401 *et seq.*, the District of Columbia Common Law Employment Contact/Relationship, and 42 U.S.C. § 1981, and declaring Plaintiff eligible to receive equitable and other relief;

B.    Enter judgment against Defendants;

C.    Issue a permanent injunction prohibiting Defendants from engaging in any discriminatory demotion, discipline and termination, and retaliation;

D.    Order Defendant HICAP to reinstate Plaintiff to employment;

E.    Order Defendants to pay compensatory and punitive damages in an amount no less than $5 million, to be determined at trial;

F    Order Defendants to pay Plaintiff's reasonable attorneys' fees, expert fees, and costs; and

G.    Order Defendants to pay pre-judgment and post-judgment interest as provided by law.

Respectfully submitted,

_____/s/_____

David A. Branch #438764
Law Offices of David A. Branch & Associates, PLLC
1828 L Street, NW, Suite 820
Washington, DC 20036
(202) 785-2805
davidbranch@dbranchlaw.com

9

## **Jury Trial Demand**

Plaintiff demands a jury trial on all claims against Defendants.

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                  Plaintiff
                vs.

                                          Case Number  _2020 CA 003394 B_

HICAPS Incorporated
_____
                                  Defendant          Serve on:
                                          HICAPS Incorporated
                    **SUMMONS**              600 North Reginal Road
                                          Greensboro, NC 27409

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney                  _Clerk of the Court_

Law Office of David A. Branch & Associates, PLLC      By _____
_____                              Deputy Clerk
Address
1828 L Street, NW, Suite 820, Washington, DC 20036
_____
(202) 785-2805                            Date  _08/04/2020_
_____
Telephone

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요      ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

----------------------------------------------------------------
                                        Demandante

            contra
                                                Número de Caso: _____

----------------------------------------------------------------
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____                    Subsecretario
Dirección

_____
                              Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
만약에 번역을 원하시면 (202)879-4828로 전화 하십시오      ፣ለማትርጎም አስተዳዳሪ - (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                            Plaintiff
                    vs.

                                                        Case Number    2020 CA 003394 B
                                                                      _____

Motorola Solutions
_____                Serve on:
                                            Defendant    Motorola Solutions
                                                        1455 Pennsylvania Avenue, NW
                                                        Washington, DC 20004

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty one (21) days after service of this summons upon you,
exclusive of the day of service. If you are being sued as an officer or agency of the United States Government
or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer,
judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____                        _Clerk of the Court_
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC        By _____
Address                                                                      Deputy Clerk
1828 L Street NW, Suite 820, Washington, DC 20036

(202) 785-2805
_____                        Date    08/04/2020
Telephone

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오    የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

---------------------------------------------------------------
Demandante

contra

Número de Caso: _____

---------------------------------------------------------------
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                   Por: _____
_____                        Subsecretario
Dirección

_____
                                                   Fecha _____
Teléfono
如需翻譯，請打電話 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
[Korean] (202) 879-4828 [Korean]     ፕምፕ፫ ፕርኅ፫ ለፐ፫ፐ፫ (202) 879-4828    [Amharic]

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                              Plaintiff
                vs.
                                                    Case Number    2020 CA 003394 B
                                                    _____

Wayne McGee
_____               Serve on:
                              Defendant        Wayne McGee
                                               600 North Reginal Road
                **SUMMONS**                    Greensboro, NC 27409

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney

Law Office of David A. Branch & Associates, PLLC      By _____
Address                                                              Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805                                        Date    08/04/2020
_____                            _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요      የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

---
                                                            Demandante

contra

                                                            Número de Caso: _____

---
                                                            Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

---
Nombre del abogado del Demandante

                                Por: _____

---
Dirección                                           Subsecretario

---
                                Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만일 번역을 원하시면 (202)879-4828로 전화해 주십시오    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ።

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.**

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Fred Thompson
_____
                                    Plaintiff
        vs.
                                                    Case Number  __2020 CA 003394 B__

Jake Silverfarb
_____          Serve on:
                                    Defendant      Jake Silverfarb
                                                    1455 Pennsylvania Avenue, NW
                        **SUMMONS**              Washington, DC 20004

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David A. Branch
_____
Name of Plaintiff's Attorney                    _Clerk of the Court_

Law Office of David A. Branch & Associates, PLLC    By _____
Address                                                         Deputy Clerk
1828 L Street, NW, Suite 820, Washington, DC 20036

(202) 785-2805                                  Date _____08/04/2020_____
_____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

--------------------------------------------------------
                                    Demandante

        contra

                                                        Número de Caso: _____

--------------------------------------------------------
                                    Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                            Por: _____
_____                    Subsecretario
Dirección

_____
                            Fecha _____
_____
Teléfono
如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Đễ có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828 로 연락하십시오       የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                            Vea al dorso el original en inglés
                            See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Fred Thompson

vs

HICAPS Incorporated, *et al.*

Case Number: __2020 CA 003394 B__

Date: __August 3, 2020__

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>David A. Branch | Relationship to Lawsuit |
| Firm Name:<br>Law Office of David A. Branch & Associates, PLLC. | ☒ Attorney for Plaintiff |
| Telephone No.:        Six digit Unified Bar No.:<br>(202) 785-2805           438674 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☒ 12 Person Jury

Demand: $_____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____    Judge:_____    Calendar #:_____

Case No.:_____    Judge:_____    Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

## A. CONTRACTS

### COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☒ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
      Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
      Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
      Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
      Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
      Under $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
      Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
      Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
   (DC Code § 11-941)
☐ 10 Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
   (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
   Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
   Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
   Judgment [ D.C. Code §
   2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
   42-3301, et seq.)

☐ 21 Petition for Subpoena
   [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
   (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____August 3, 2020_____
Date

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

FRED THOMPSON
   Vs.                                C.A. No.      2020 CA 003394 B
HICAPS INCORPORATED et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:  August 4, 2020
Initial Conference: 9:30 am, Friday, November 06, 2020
Location:   Courtroom 219
             500 Indiana Avenue N.W.
             WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief    Judge    Robert    E.    Morin

**Filed**
**D.C. Superior Court**
**10/02/2020 21:48PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **FRED THOMPSON,** ) | |
| ) | **Case No.: 2020 CA 003394 B** |
| *Plaintiff,* ) | |
| ) | **Honorable Judge William Jackson** |
| **v.** ) | |
| ) | **Next Event:** |
| **HICAPS INCORPORATED,** *et al.,* ) | **Initial Scheduling Conference** |
| ) | **November 6, 2020 at 9:30 a.m.** |
| *Defendants.* ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS AND FILE AFFIDAVITS OF SERVICE

Comes now Plaintiff Fred Thompson, by and through counsel, and hereby files this Motion for an Extension of Time to Serve Defendants and File Affidavits of Service, and in support thereof states as follows.

Plaintiff's Complaint was filed on August 3, 2020, and the deadline to serve a copy of the Complaint and Summonses and file Affidavits of Service is October 2, 2020. Plaintiff requests a thirty-day extension of time, through November 2, 2020, to serve Defendants and file Affidavits of Service. Plaintiff's process server was not able to serve the Complaint because the building where Defendants conduct business in the District of Columbia is locked and the employees are working remotely due to the COVID-19 pandemic. Accordingly, Plaintiff requests a thirty-day extension of time, through November 2, 2020, to serve Defendants and file Affidavits of Service.

WHEREFORE Plaintiff respectfully requests a thirty-day extension of time, through November 2, 2020, to serve Defendants and file Affidavits of Service.

Respectfully submitted,


_____/s/ David A. Branch_____
David A. Branch #438764
Law Office of David A. Branch &
Associates, PLLC
1828 L Street NW, Suite 820
Washington, DC 20036
(202) 785-2805 phone
(202) 785-0289 fax
davidbranch@dbranchlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2020, I caused a copy of the foregoing to be mailed via the United States Postal Service upon all Defendants listed below.

HICAPS Incorporated
600 North Reginal Road
Greensboro, NC 27409

Wayne McGee
600 North Reginal Road
Greensboro, NC 27409

Motorola Solutions
1455 Pennsylvania Avenue, NW
Washington, DC 20004

Jake Silverfarb
1455 Pennsylvania Avenue, NW
Washington, DC 20004

Respectfully Submitted,


_____/s/ David A. Branch_____
David A. Branch

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **FRED THOMPSON,** ) | |
| ) | **Case No.: 2020 CA 003394 B** |
| *Plaintiff,* ) | |
| ) | **Honorable Judge William Jackson** |
| **v.** ) | |
| ) | **Next Event:** |
| **HICAPS INCORPORATED,** *et al.,* ) | **Initial Scheduling Conference** |
| ) | **November 6, 2020 at 9:30 a.m.** |
| *Defendants.* ) | |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for an Extension of Time to Serve Defendants

and File Affidavits of Service, it is:

**ORDERED** that the motion be and hereby is **GRANTED.** Plaintiff shall serve Defendants

and file Affidavits of Service on or before November 2, 2020.

_____                    _____

Date                                                              Honorable Judge William Jackson

**2020 CA 003394 B THOMPSON, FRED Vs. HICAPS INCORPORATED et al WMJ**

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 08/03/2020
- Action:
- Complaint for Employment Discrimination (Non-MPA) Filed
- Status Date:
- 08/03/2020
- Next Event:
- 11/06/2020

All Information | Party | Event | Docket | Receipt | Disposition

## Party Information

**THOMPSON, FRED**
- Plaintiff

| Disposition | Alias | Party Attorney |
| | | Attorney |
| Disp Date | | BRANCH, DAVID A |

**HICAPS INCORPORATED**
- Defendant

| Disposition | Alias | Party Attorney |
| Disp Date | | |

**MOTOROLA SOLUTIONS**
- Defendant

| Disposition | Alias | Party Attorney |
| Disp Date | | |

**MCGEE, WAYNE**
- Defendant

| Disposition | Alias | Party Attorney |
| Disp Date | | |

**SILVERFARB, JAKE**
- Defendant

| Disposition | Alias | Party Attorney |
| Disp Date | | |

## Events

| Date/Time | Location | Type | Result | Event Judge |
| --- | --- | --- | --- | --- |
| 11/06/2020 09:30 AM | Courtroom 219 | Initial Scheduling Conference-60 | | |

## Docket Information

| Date | Docket Text | Image Avail. |
| --- | --- | --- |
| 08/03/2020 | Complaint for Employment Discrimination (Non-MPA) Filed<br>Attorney: BRANCH, Mr DAVID A (438764)<br>FRED THOMPSON (Plaintiff). Receipt: 458805 Date: 08/04/2020 | |
| 08/03/2020 | eComplaint Filed, Submitted 08/03/2020 17:08, ajm<br>Attorney: BRANCH, Mr DAVID A (438764)<br>FRED THOMPSON (Plaintiff). | Image |
| 08/04/2020 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 11/06/2020   Time: 9:30 am<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 08/04/2020 | Issue Date: 08/04/2020<br>Service:  Summons Issued<br>Method:  Service Issued<br>Cost Per:  $<br><br>HICAPS INCORPORATED<br>600 North Reginal Road<br>GREENSBORO, NC  27409<br>Tracking No: 5000228669<br><br>MOTOROLA SOLUTIONS<br>1455 Pennsylvania Avenue, NW<br>WASHINGTON, DC  20004<br>Tracking No: 5000228670<br><br>MCGEE, WAYNE<br>600 North Reginal Road<br>GREENSBORO, NC  27409<br>Tracking No: 5000228671<br><br>SILVERFARB, JAKE<br>1455 Pennsylvania Avenue, NW<br>WASHINGTON, DC  20004<br>Tracking No: 5000228672 | |
| 08/04/2020 | Complaint Package eServed to Filer | Image |
| 10/02/2020 | Plaintiff's Motion for Extension of Time to Serve Defendants and File Affidavits of Service Filed, Submitted 10/02/2020 21:48, ajm<br>Attorney: BRANCH, Mr DAVID A (438764)<br>FRED THOMPSON (Plaintiff). Receipt: 461667 Date: 10/05/2020 | Image |
| 10/02/2020 | Additional eFiling Document to Plaintiff's Motion for Extension of Time to Serve Defendants and File Affidavits of Service Filed, Submitted 10/02/2020 21:48, ajm<br>Attorney: BRANCH, Mr DAVID A (438764) | Image |

**Receipts**

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 458805 | 08/04/2020 | BRANCH, Mr DAVID A, Attorney | $120,00 |
| 461667 | 10/05/2020 | BRANCH, Mr DAVID A, Attorney | $20,00 |
| Total | Total | Total | Total |
| | | | $140,00 |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |