UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>HICAPS INCORPORATED and<br>WAYNE MCGEE,<br><br>Defendants. | Case No. 20-cv-03077-RC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal with Prejudice. The parties, Plaintiff Fred Thompson and Defendants HICAPS Incorporated and Wayne McGee stipulate and agree that this action shall be dismissed with prejudice. It is further agreed that each party shall bear its own attorneys' fees and costs.

Dated: December 16, 2022

Respectfully submitted,

|  |  |
|---|---|
|      */s/ David A. Branch*<br>David A. Branch<br>D.C. Bar No. 438764<br>Law Office of David A. Branch<br>and Associates, PLLC<br>1828 L Street NW, Suite 820<br>Washington, D.C. 20036<br>Phone: (202) 785-2805<br>davidbranch@dbranchlaw.com<br><br>*Counsel for Plaintiff Fred Thompson* | FOX ROTHSCHILD LLP<br><br>*/s/Ashleigh Eames*<br>Ashleigh Eames<br>D.C. Bar No. 1531976<br>999 Peachtree Street NE, Suite 1500<br>Atlanta, GA 30309<br>Phone: (404) 962-1014<br>aeames@foxrothschild.com<br><br>Francis V. Cook<br>Bar ID: NJ031<br>N.J. Bar No. 047941991<br>997 Lenox Drive<br>Lawrenceville, NJ 08648<br>Phone: (609) 896-4587<br>fcook@foxrothschild.com<br><br>*Counsel for Defendants HICAPS Incorporated and Wayne McGee* |

## CERTIFICATE OF SERVICE

I certify that on this 16th day of December 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which will send notice to all parties of record.

/s/ David A. Branch
David A. Branch